UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Helen M. Esquivel and  
Alexis O. Esquivel,

Case No.: __17-35057__  
Chapter: __7__  
Judge: __KCF__

## NOTICE OF PROPOSED ABANDONMENT

_____On 2/7/18, Barry W. Frost_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __March 20, 2018__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 322 Irvington Place, Hamilton, NJ - $165,000

Liens on property: $135,000

Amount of equity claimed as exempt: $30,000

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost  
Address: 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648  
Telephone No.: 609-890-1500

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Helen M. Esquivel  
Alexis O. Esquivel  
       Debtors

Case No. 17-35057-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Feb 08, 2018  
                                      Form ID: pdf905     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2018.

```
db/jdb         Helen M. Esquivel,    Alexis O. Esquivel,    322 Irvington Pl,    Hamilton, NJ  08610-3915
517226866      Bordentown driver training school,    Partners Financial,    403 Axminister Dr,
                Fenton, MO  63026-2921
517226868      Endurance Insurance,    C/O The Leviton law Firm Ltd.,    3 Golf Ctr Ste 361,
                Hoffman Estates, IL  60169-4910
517226869     ++FLAGSHIP RESORT,    60 NORTH MAINE AVENUE,    ATLANTIC CITY NJ 08401-5518
                (address filed with court:  flagship resort,    Flagship Resort Development Corp,
                60 N Maine Ave,    Atlantic City, NJ  08401-5518)
517226873      Nissan Motor Acceptance Corporation,    PO Box 742658,    Cincinnati, OH  45274-2658
517226874      Nissan Motor Acceptance Corporation,    PO Box 742657,    Cincinnati, OH  45274-2657
517226872      Nissan motor acceptance Corp.,    PO Box 660366,    Dallas, TX  75266-0366
517226878      PSE&G,    C/O PennCredit Corporation,    916 S 14th St,    Harrisburg, PA  17104-3425
517226877      Premins company,    1407 Avenue M,    Brooklyn, NY  11230-5212
517226879      Real Time Resolutions, Inc.,    PO Box 1259,    Oaks, PA  19456-1259
517226881      Shellpoint mortgage,    Shellpoint Mortgage Servicing,    PO Box 740039,
                Cincinnati, OH  45274-0039
517226875      optimum,    C/O Sunrise Credit Service, Inc.,    PO Box 9100,    Farmingdale, NY  11735-9100
517226876      performance spine,    4056 Quakerbridge Rd,    Lawrenceville, NJ  08648-4779
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 08 2018 22:27:00     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 08 2018 22:26:57     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517226865      E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2018 22:24:21     AMERICAN Eagle Outfitters,
                AEO/SYNCHRONY Bank,    PO Box 960013,    Orlando, FL  32896-0013
517226870      E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2018 22:23:54     GAP visa,
                GAP VISA/SYNCHRONY BANK,    PO Box 960017,    Orlando, FL  32896-0017
517226871      E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2018 22:23:54     Lowes,    PO Box 530914,
                Atlanta, GA  30353-0914
517226880     +E-mail/Text: dwarshaw@warshawlawfirm.com Feb 08 2018 22:27:16
                Robert Wood Johnson University,    C/O Warshaw Law Firm LLC,    266 King George Rd Ste C-2,
                Warren, NJ 07059-5187
517229496     +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2018 22:24:21     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517226867      E-mail/Text: equiles@philapark.org Feb 08 2018 22:27:29     city of philadelphia,
                PO Box 41818,    Philadelphia, PA  19101-1818
517226882      E-mail/Text: Supportservices@receivablesperformance.com Feb 08 2018 22:27:26
                verizon wireless,    C/O Receivables Performance Management L,    PO Box 1548,
                Lynnwood, WA  98046-1548
                                                                                               TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                                   Signature: /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2                Date Rcvd: Feb 08, 2018
                              Form ID: pdf905            Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2018 at the address(es) listed below:
              Barry   Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor   NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE
               SERVICING rsolarz@kmllawgroup.com
              Robert G. Swan    on behalf of Joint Debtor Alexis O. Esquivel lawofficeofrswan@aol.com
              Robert G. Swan    on behalf of Debtor Helen M. Esquivel lawofficeofrswan@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5
```